```
 1  LAW OFFICES OF BILL LATOUR
 2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
 3      Colton, California 92324
 4      Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
 5      E-Mail: fed.latour@yahoo.com
 6
 7  Attorney for Plaintiff
 8
                UNITED STATES DISTRICT COURT
 9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10
11  MICHAEL FRANKLIN,              )   No.  EDCV 12-0258 MRW
                                   )
12      Plaintiff,                 )   [PROPOSED] ORDER AWARDING
                                   )   EAJA FEES
13      v.                         )
                                   )
14                                 )
    CAROLYN W. COLVIN,             )
15  Commissioner Of Social Security,)
                                   )
16                                 )
        Defendant.                 )
17  _____
```

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($1,400.00) subject to the terms of the stipulation.

DATE: 3/21/2013       _____
                      HON. MICHAEL R. WILNER
                      UNITED STATES MAGISTRATE JUDGE

-1-